UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM WOMACK,

                Plaintiff,

  v.

SERGEANT FRANK HAUSCHILDT, JOHN/JANE DOE,

                Defendants.

No. C12-5431 RBL/KLS

**ORDER CHANGING CASE CAPTION**

Before the Court is Plaintiff William Womack's "Motion to Enjoin Defendant," pursuant to Fed.R.Civ.P. 19(a) to join Sergeant Frank Hauschildt as a defendant. ECF No. 17. Plaintiff previously identified this person only as "Frank (last name unknown)." ECF No. 5. An answer (ECF No. 11) and motion for summary judgment (ECF No. 13) have been filed correctly identifying the defendant as Frank Hauschildt (ECF No. 13). Thus, there is no reason to "join" Defendant Hauschildt as an "additional" defendant, but the case caption and further pleadings should reflect the correct name of this defendant.

Accordingly, it is **ORDERED:**

(1) The Clerk is directed to change the case caption to reflect the correct name of Defendant Frank Hauschildt. Plaintiff's motion to enjoin (ECF No. 17) is **DENIED as moot.**

//

//

ORDER - 1

(2)  The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this   11th   day of March, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2