UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM WOMACK,

           Plaintiff,

   v.

SGT. FRANK HAUSCHILDT, JOHN OR JANE DOE,

           Defendants.

No. C12-5431 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion for Summary Judgment (ECF No. 13) is **GRANTED;** Plaintiffs' Cross-Motion for Summary Judgment (ECF No. 18) is **DENIED;** Plaintiff's claims against Defendants are **Dismissed With Prejudice.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 30th day of July, 2013.

                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE