UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM WOMACK,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. FRANK HAUSCHILDT, JOHN OR JANE DOE,<br><br>　　　　　　　　　Defendants. | No. C12-5431 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) 　The Court adopts the Report and Recommendation.

2) 　Defendants' Motion for Summary Judgment (ECF No. 13) is **GRANTED;** Plaintiffs' Cross-Motion for Summary Judgment (ECF No. 18) is **DENIED;** Plaintiff's claims against Defendants are **Dismissed With Prejudice.**

3) 　The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 30th day of July, 2013.

　　　　　　　　　　　　　　　　　　_Ronald B. Leighton_
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1